
PROB 12B
(7/93)

# United States District Court
## for the
# District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: FELDER, Isaac              Case Number: A04-0079-02-CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   May 27, 2005

Original Offense:        Attempt to Possess With Intent to Distribute Cocaine

Original Sentence:       10 months imprisonment, 3 years supervised release

Date Supervision Commenced: June 6, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall participate in the home confinement program during non-working hours for a four-month consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The shall pay for the cost of electronic monitoring or other location verification system."

## CAUSE

The defendant was released from prison on June 3, 2005, and supervision commenced. Since that time, the defendant tested positive for the use of marijuana, failed to show for scheduled urinalysis and failure to show for scheduled substance abuse treatment appointments. In order to address these violations and assist the defendant with resuming his substance abuse treatment and maintain suitable employment, the probation officer recommends his conditions of supervised release be modified to include a four-month consecutive period of home confinement with electronic monitoring. The defendant signed a waiver agreeing to this modification of conditions.

Respectfully submitted,

*Request for Modification of Conditions or Term*
*Name of Offender*      :    FELDER, Isaac
*Case Number*           :    A04-0079-02-CR (RRB)

*[signature]*
Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date:  April 14, 2006

Approved by:

*[signature]*
Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[✓]  The Modification of Conditions as Noted Above
[ ]  Other: _____

_____

*[signature]*
~~John W. Sedwick~~
Chief U.S. District Court Judge

Date:

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

**U.S.A. v Isaac Felder**                                   **Docket No. A04-0079-02 CR (RRB)**

    I, _Isaac Felder_ , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release or to the proposed extension of my term of supervision:

"The defendant shall participate in the home confinement program during non-working hours for a four-month consecutive period commencing upon instruction of his probation officer, and shall abide by all the assigned components of the program, which will include electronic monitoring or other location verification system. The shall pay for the cost of electronic monitoring or other location verification system."

Signed: _____   Date: 4/14/06
       Probationer or Supervised Releasee

Witness: _Beth A. Mader_   Date: 4-14-06
       Beth A. Mader
       U.S. Probation/Pretrial Services Officer