PROB 12B
(7/93)

# United States District Court
## for the
## District of Alaska

**Request for Modification of Conditions or Term of Supervised Release
with Consent of the Offender**
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: FELDER, Isaac                     Case Number: A04-0079-02-CR (RRB)

Sentencing Judicial Officer:   Ralph R. Beistline, U.S. District Court Judge

Date of Original Sentence:   May 27, 2005

Original Offense:            Attempt to Possess With Intent to Distribute Cocaine

Original Sentence:           10 months imprisonment, 3 years supervised release

Date Supervision Commenced: June 6, 2005

### PETITIONING THE COURT

[ ]   To extend the term of supervised release for _____ years, for a total term of _____ years.
[X]   To modify the conditions of supervised release as follows:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) for a period of 120 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center and pre-approved by a U.S. Probation Officer."

### CAUSE

The defendant was released from prison on June 3, 2005, and supervision commenced. Due to prior violations, the defendant was placed on home detention with electronic monitoring. Since that time the defendant has had multiple infractions on his electronic monitoring condition, one of which is that he is delinquent on his payment for the electronic monitoring. Additionally, the defendant has been unemployed for three months and has been inconsistent on showing for his scheduled drug testing.

In September 13, 2006, the defendant signed a Waiver of Hearing to Modify Conditions of Probation and or Supervised release and agreed to the following modification of his conditions of supervised release:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) for a period of 120 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center and pre-

approved by a U.S. Probation Officer."

The probation officer recommends that a Petition for Warrant and or Summons not be filed at this time and that the Probation Officer be allowed to have the defendant reside at the Community Corrections Center for the 120 days, in order to help the defendant meet his requirements of probation to include steady employment.

Respectfully submitted,

REDACTED SIGNATURE

Beth A. Mader
U.S. Probation/Pretrial Services Officer
Date: September 14, 2006

Approved by:

REDACTED SIGNATURE

Eric D. Oungan
Supervising U.S. Probation Officer

**THE COURT ORDERS:**

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other:

REDACTED SIGNATURE

Ralph R. Biestline
U.S. District Court Judge
Date: 9/14/06

-2-

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF ALASKA

U.S.A. v Isaac Felder                                  Docket No. A04-0079-02 (RRB)

    I, Isaac Felder , have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my conditions of supervised release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

    I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my conditions of supervised release:

"The defendant shall reside at the Community Corrections Center (i.e. the Cordova Center) for a period of 120 days and shall abide by the rules and regulations of the Cordova Center. The defendant shall be eligible for work release and other releases if allowed by the rules of the Cordova Center and pre-approved by a U.S. Probation Officer."

Signed: _____  Date: 9/13/06
       Isaac Felder

REDACTED SIGNATURE

Witness: _____  Date: 9/13/06
       Beth Mader
       U.S. Probation Officer