

**United States Department of Justice**
United States Marshals Service
*District of Alaska*

Federal Building and US Courthouse
222 W. Seventh Avenue #28, Room 170
Anchorage, Alaska 99513

To: US District Court
US Attorney
US Probation
US FPD

From: Randy M. Johnson
United States Marshal
District of Alaska

INRE:        **PRISONER IN FEDERAL CUSTODY**

| | |
|---|---|
| NAME: | FELDER, ISAAC |
| DATE OF BIRTH: | 10/16/1982 |
| CHARGE: | SUPERVISED RELEASE VIOLATIONS |
| CASE NUMBER: | 3:04-CR-00079-02-RRB |
| PLACE HELD: | ACC-EAST |
| DATE OF ARREST: | 12/4/2006 |
| TIME OF ARREST: | 16:30 |
| PLACE ARRESTED: | ANCHORAGE, AK |
| ARRESTED BY: | USMS |

REMARKS:

BOOKED IN ENGLISH:    YES __X____    NO_____

LANGUAGE: _____ _____

IF YOU HAVE QUESTIONS IN REGARDS TO THIS ARREST, PLEASE CONTACT DUSM John Olson or SDUSM Stacy Melton AT (907) 271-5154. THANK YOU.