# United States District Court
for the
# DISTRICT OF ALASKA

RECEIVED
DEC 0 4 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> vs. ) <br> ) <br> Isaac Felder ) | Case Number: A04-0079-02-CR <br><br> **WARRANT FOR ARREST** |

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Isaac Felder and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with two violations of his term of supervised release.

**REDACTED SIGNATURE**
Ralph R. Beistline
U.S. District Court Judge

12/03/06
Date

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

Cordova Center Anchorage Alaska

| Date Received: 12/4/2006 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 12/4/2006 | DUSM KEVIN GUINN | by /s/ Sousa |