T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-79-2-RRB (RRB) |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION TO RESCHEDULE EVIDENTIARY HEARING ON SHORTENED TIME** |
| ISAAC FELDER, | ) |
| Defendant. | ) |

   Defendant Isaac Felder, by and through his CJA attorney T. Burke Wonnell, hereby moves the Court to reset the presently scheduled evidentiary hearing from 2:30 P.M. to 4:00 P.M. on December 11, 2006.  As previously addressed in Court, the undersigned is unavailable for appearances on that date.  The undersigned has spoken with D. Scott Dattan, who has indicated his availability to handle the evidentiary hearing if it is moved to 4:00 P.M. on that date.  Although the undersigned was not able to confer with counsel for the government concerning this motion, it is hoped that this will accommodate his schedule as well.

RESPECTFULLY SUBMITTED this 6th day of December, 2006.

By: s/ T. Burke Wonnell
CJA Counsel for Defendant
Isaac Felder
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail:
tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan A. Collins


this 6th day of November, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL