T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,    )  | Case No. 3:04-cr-79-2-RRB |
| Plaintiff,    )   | **ORDER PERTAINING TO** |
| )  | **MOTION** |
| vs.    )   | **RESCHEDULE EVIDENTIARY** |
| )  | **HEARING ON SHORTENED TIME** |
| ISAAC FELDER,    )   | |
| Defendant.    )   | |
| _____) | |

It is hereby ordered that Defendant's Motion To Reschedule Evidentiary Hearing On Shortened Time dated December 6, 2006 is **GRANTED.** The parties shall appear for an evidentiary hearing on the petition at _____A.M./P.M. on the _____ day of _____, 2006/2007 in Courtroom _____.

_____    _____
DATE                     HON. JOHN D. ROBERTS