T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-79-2-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION AND FOR** |
| vs. | ) | **WITHDRAWAL AND** |
| | ) | **SUBSTITUTION OF COUNSEL** |
| ISAAC FELDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The undersigned CJA attorney, T. Burke Wonnell, hereby moves the Court for an order permitting his withdrawal as attorney of record in the above captioned case and substituting D. Scott Dattan as appointed counsel for Defendant. The undersigned is unavailable to handle this case, and Mr. Dattan has agreed to substitute in as CJA counsel.

RESPECTFULLY SUBMITTED this 6th day of December, 2006.

By: s/ T. Burke Wonnell_____
CJA Counsel for Defendant
Isaac Felder
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail: tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan A. Collins


this 6th day of November, 2006.


_____s/ T. Burke Wonnell_____
T. BURKE WONNELL