T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-79-2-RRB |
| | ) | |
| Plaintiff, | ) | **ORDER PERTAINING TO** |
| | ) | **MOTION FOR** |
| vs. | ) | **WITHDRAWAL AND** |
| | ) | **SUBSTITUTION OF COUNSEL** |
| ISAAC FELDER, | ) | |
| | ) | |
| Defendant. | ) | |

It is hereby ordered that Defendant's Motion For Withdrawal And Substitution Of Counsel dated December 6, 2006 is **GRANTED**. T. Burke Wonnell shall no longer appear as counsel of record for Defendant in this case. D. Scott Dattan is hereforth counsel of record for Defendant.

_____     _____
DATE                      HON. JOHN D. ROBERTS