```
                MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA
```

U.S.A. vs____ISAAC FELDER_____CASE NO. 3:04-CR-00079-02-RRB
Defendant: X Present    X In Custody

BEFORE THE HONORABLE          JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:        SUZANNETTE LUCERO

UNITED STATES ATTORNEY:       STEPHAN COLLINS

DEFENDANT'S ATTORNEY:         T. BURKE WONNELL - CJA APPOINTED

U.S.P.O.:                     BETH MADER

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE HELD 12/05/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:29 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
   defendant; waived reading.

At 4:32 p.m. court recessed until 4:34 p.m.

 X Defendant sworn.

 X Defendant states true name:    ISAAC FELDER

 X Financial Affidavit **FILED**; Federal Public Defender to appoint
   CJA counsel; FPD notified.

 X Defendant **DENIED** allegations 1 and 2 of the Petition to Revoke
   Supervised Release.

 X Evidentiary Hearing set for **12/11/06 at 2:30 p.m.**

 X Consent to Proceed before U.S. Magistrate Judge **FILED**.

 X Defendant detained; Order of Temporary Detention Pending Trial
   **FILED**.

 X OTHER: Court and counsel heard re Mr. Wonnell's oral motion to
   withdraw as counsel and that new CJA counsel be appointed after
   proceeding; **GRANTED ORALLY**.

At 4:58 p.m. court adjourned.

DATE:   December 5, 2006    DEPUTY CLERK'S INITIALS:    SCL