```
                IN THE UNITED STATES DISTRICT COURT

                     FOR THE DISTRICT OF ALASKA
```

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 3:04-cr-79-2-RRB |
| Plaintiff, | ) **ORDER GRANTING** |
|  | ) **MOTION FOR** |
| vs. | ) **WITHDRAWAL AND** |
|  | ) **SUBSTITUTION OF CJA COUNSEL** |
| ISAAC FELDER, | )         (Docket No. 476) |
| Defendant. | ) |

It is hereby ordered that Defendant's Motion For Withdrawal And Substitution Of Counsel dated December 6, 2006 is **GRANTED**. T. Burke Wonnell shall no longer appear as counsel of record for Defendant in this case. D. Scott Dattan is hereforth counsel of record for Defendant.

DATED this 7th day of December, 2006, at Anchorage, Alaska.

/s/ John D. Roberts
JOHN D. ROBERTS
United States Magistrate Judge