```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs.    ISAAC FELDER    CASE NO.  3:04-CR-00079-02-RRB
Defendant:  X Present    X In Custody

BEFORE THE HONORABLE:           JOHN D. ROBERTS

DEPUTY CLERK/RECORDER:          CAROLINE EDMISTON

UNITED STATES' ATTORNEY:        STEPHAN COLLINS

DEFENDANT'S ATTORNEY:           SCOTT DATTAN

U.S.P.O.:                       BETH MADER

PROCEEDINGS: DETENTION/EVIDENTIARY HEARING Held 12/11/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 4:19 p.m. court convened.

Court and counsel heard re parties stipulation to continue hearing.

Detention/Evidentiary Hearing continued to **December 18, 2006 at 11:15 a.m.**

Order Setting Conditions of Release **FILED**.

Appearance Bond in the amount of $2,500.00 Unsecured **FILED.**

Release Order **FILED**.

At 4:27 p.m. court adjourned.

NOTE: Original and one copy of Release Order hand delivered to U.S. Marshal's Service; one copy forwarded to docketing.

DATE:   December 11, 2006      DEPUTY CLERK'S INITIALS:   ce