IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

RELEASE ORDER

TO:   UNITED STATES MARSHAL

RE:   UNITED STATES OF AMERICA VS. **Isaac Felder**

CASE NO: **3:04-CR-00079-02-RRB**

---

Defendant **Isaac Felder**,

has this date met the bail conditions indicated below and is ordered discharged from custody.

\_\_\_\_\_Released to _____, the third party custodian(s).

\_\_\_\_\_Paid cash bail in the amount of _____ to the Clerk of Court.

✓ Posted unsecured bond in the amount of **2500.00**

\_\_\_\_\_Posted bond secured by \_\_\_\_ property or \_\_\_\_ surety in the amount of _____ with the Clerk of Court.

\_\_\_\_\_Surrendered passport to the Clerk of Court.

\_\_\_\_\_Other:_____

Dated at **Anchorage**, Alaska this **11** day of **December**, 20 **06**

SIGNATURE REDACTED
JOHN D. ROBERTS
U.S. MAGISTRATE JUDGE

Original & 1 cy to U.S. Marshal