MINUTES OF THE UNITED STATES DISTRICT COURT
                            DISTRICT OF ALASKA

U.S.A. vs. __ISAAC FELDER__   CASE NO. __3:04-CR-00079-02-RRB__
Defendant: _X_ Present  _X_ On Bond

BEFORE THE HONORABLE: _____JOHN D. ROBERTS_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON_____

UNITED STATES' ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____SCOTT DATTAN_____

U.S.P.O.: _____BETH MADER_____

PROCEEDINGS: CONTINUED DETENTION/EVIDENTIARY HEARING ON PETITION
             TO REVOKE SUPERVISED RELEASE Held 12/18/06:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 11:14 a.m. court convened.

Court and counsel heard re defendant's payment of electronic monitoring, assessment costs and payment to the half-way house.

Court and counsel heard re plaintiff's oral motion to dismiss Petition to Revoke Supervised Release (DKT 471); **GRANTED.**

Court exonerated defendant's bail and defendant's conditions of supervised release remain as previously set.

At 11:18 a.m. court adjourned.

DATE: _____December 18, 2006_____   DEPUTY CLERK'S INITIALS: __ce__