MINUTES OF THE UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA

U.S.A. vs___ISAAC FELDER___ CASE NO.__3:04-CR-00079-02-RRB_____
Defendant: X Present ___X In Custody

BEFORE THE HONORABLE _____DEBORAH M. SMITH_____

DEPUTY CLERK/RECORDER: _____CAROLINE EDMISTON/SAMANTHA LARK_____

UNITED STATES ATTORNEY: _____STEPHAN COLLINS_____

DEFENDANT'S ATTORNEY: _____BURKE WONNELL, CJA APPOINTED_____

U.S.P.O.: _____ERIC ODEGARD_____

PROCEEDINGS: INITIAL APPEARANCE ON PETITION TO REVOKE SUPERVISED
             RELEASE Held 06/12/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 2:04 p.m. court convened.

 X Copy of Petition to Revoke Supervised Release given to
defendant: read.

 X Defendant advised of general rights, charges and penalties.

 X Financial Affidavit **FILED**.  Federal Public Defender to appoint
CJA counsel.  FPD notified.

 X Defendant **ADMITTED** Allegations_1 and 2 of the Petition to___
Revoke Supervised Release.  Allegations 3 and 4 to be dismissed___
at Final Disposition Hearing._____

 X Matter to be referred to U.S. District Judge for Final
Disposition Hearing.  U.S. Probation requested 3 weeks to prepare
report before setting on Final Disposition Hearing.

 X Defendant detained; Order of Detention Pending Trial **FILED**.

At 2:12 p.m. court adjourned.

DATE:____June 12, 2007_____ DEPUTY CLERK'S INITIALS:__cme/sal__