# United States District Court
## for the
## DISTRICT OF ALASKA

*RECEIVED JUN 12 2007 CLERK, U.S. DISTRICT COURT ANCHORAGE, A.K.*

| | |
|---|---|
| UNITED STATES OF AMERICA | Case Number: A04-0079-02-CR |
| vs. | **WARRANT FOR ARREST** |
| Isaac Felder | |

TO: The United States Marshal
and any Authorized United States Officer

    YOU ARE HEREBY COMMANDED to arrest Isaac Felder and bring him forthwith to the nearest Magistrate Judge to answer a supervised release violation petition charging him with four violations of his term of supervised release.

**REDACTED SIGNATURE**

Ralph R. Beistline
U.S. District Court Judge

2/20/07
Date

---

### RETURN OF SERVICE

This warrant was received and executed with the arrest of the above-named defendant at:

ANCHORAGE, AK

| Date Received: 2/20/07 | Name and title of arresting officer: | Signature of arresting officer: |
|---|---|---|
| Date of Arrest: 6/11/07 | USMS JOHN OLSEN | R. Suy[...] |