```
                    UNITED STATES DISTRICT COURT
                     FOR THE DISTRICT OF ALASKA
```

             <u>  USA  </u>  v.  <u>  ISAAC FELDER  </u>

DATE:   <u>  June 14, 2007  </u>   CASE NO.   <u>  3:04-CR-0079-RRB  </u>

THE HONORABLE RALPH R. BEISTLINE

PROCEEDINGS:   **MINUTE ORDER FROM CHAMBERS**
               **SCHEDULING HEARING**

___

     A disposition hearing on the Petition to Revoke Supervised Release will be held in this matter on **Tuesday, July 10, 2007, at 9:30 a.m.**, in Courtroom 2 in Anchorage, Alaska.

M.O. SCHEDULING HEARING