T. BURKE WONNELL
2600 Denali Street, Suite 460
Anchorage, Alaska 99503
(907)276-8008, (f)(907)278-8571

CJA Counsel for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:04-cr-79-2-RRB |
| | ) | |
| Plaintiff, | ) | |
| | ) | **SENTENCING MEMORANDUM** |
| vs. | ) | |
| | ) | |
| ISAAC FELDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Defendant has admitted to allegations 1 and 2, both Grade C violations, of the petition to revoke supervised release filed February 21, 2007. Pursuant to U.S.S.G. §7B1.3, "[u]pon a finding of a Grade C violation, the court may (A) revoke probation or supervised release; or (B) extend the term of probation or supervised release and/or modify the conditions of supervision." Pursuant to U.S.S.G. §7B1.4(a), the appropriate guideline range for Defendant upon revocation is 3-9 months.

In light of the facts underlying allegations 1 and 2, in addition to other pertinent circumstances, the parties have agreed that an appropriate disposition would be for the Court to revoke Defendant's supervised release, impose a term of six months to serve, and terminate Defendant's supervised release

upon completion of the term of imprisonment.  Defendant respectfully requests that the Court accept this agreement and impose the negotiated disposition.

RESPECTFULLY SUBMITTED this 3rd day of July, 2007.

By: s/ T. Burke Wonnell
CJA Counsel for Defendant
Isaac Felder
2600 Denali St., Suite 460
Anchorage, AK 99503
Phone: (907)276-8008
E-mail: tburkewonnell@alaska.net
AK Bar No. 9610049

CERTIFICATE OF SERVICE

I hereby certify that true and correct copies
of the foregoing were sent by electronic mail to:

Stephan A. Collins
Eric Odegard

this 3rd day of July, 2007.

_____s/ T. Burke Wonnell_____
T. BURKE WONNELL