```
              MINUTES OF THE UNITED STATES DISTRICT COURT
                         DISTRICT OF ALASKA
```

U.S.A. vs. \_\_\_\_ISAAC FELDER_____ CASE NO. 3:04-CR-00079-02-RRB
Defendant: _X_ Present _X_ In Custody

BEFORE THE HONORABLE:            RALPH R. BEISTLINE

DEPUTY CLERK/RECORDER:           SUZANNETTE LUCERO

UNITED STATES' ATTORNEY:         STEPHAN COLLINS

DEFENDANT'S ATTORNEY:            T. BURKE WONNELL

U.S.P.O.:                        BETH MADER

PROCEEDINGS: FINAL DISPOSITION HEARING RE PETITION TO REVOKE
             SUPERVISED RELEASE HELD 7/10/07:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
At 9:33 a.m. court convened.

_X_ Supervised Release revoked.

_X_ Defendant imprisoned for a period of __6 months with no__
    __supervision to follow.__

_X_ Defendant remanded to the custody of the U.S. Marshal.

_X_ On motion of the U.S. Attorney, remaining allegations __3 and__
    __4__ of the Petition to Revoke Supervised Release **DISMISSED.**

At 9:39 a.m. court adjourned.




DATE:        July 10, 2007        DEPUTY CLERK'S INITIALS:    SCL


Revised 6-18-07