**RECEIVED**
JUL 1 6 2007
CLERK, U.S. DISTRICT COURT
ANCHORAGE, AK

UNITED STATES DISTRICT COURT
District of Alaska

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>vs.<br><br>ISAAC FELDER. | **AMENDED JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br>For Offenses Committed On or After November 1, 1987<br>(Original Judgment filed <u>5/27/2005</u>)<br>Case Number: <u>3:04-CR-00079-02-RRB</u><br><u>T. Burke Wonnell</u><br>            Defendant's Attorney |

Defendant's probation officer filed a petition on <u>2/21/2007</u> accusing defendant of <u>4</u> violations of the conditions of supervision provided in the original judgment. Defendant <u>ADMITTED to allegations 1 and 2 of the Petition Revoke Supervised Release</u>. All necessary hearings have been conducted. The court finds that the following violations are proved:

| Accusation # | Condition # | Nature of Violation | Date | Grade |
|---|---|---|---|---|
| 1 | Standard | Use Of Controlled Substance | 1/05/2007 | C |
| 2 | Standard | Use Of Controlled Substance | 1/23/2007 | C |

The court finds that the following accusations are not proved: _____.
The court concludes that the conditions of supervision set forth in the court's original judgment are subject to revocation pursuant to 18 U.S.C. § 3583(e); and defendant is now sentenced as provided in pages 2 through <u>3</u> of this amended judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984, as amended.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

<u>JULY 10, 2007</u>
Date of Disposition Hearing

**REDACTED SIGNATURE**
Signature of Judicial Officer
<u>RALPH R. BEISTLINE, U.S. DISTRICT JUDGE</u>
Name & Title of Judicial Officer

July 16, 2007
Date

AO245.REV

Defendant: ISAAC FELDER  
Case No.: 3:04-CR-00079-02-RRB

Amended Judgment--Page 2 of 3

## IMPRISONMENT ON REVOCATION OF SUPERVISED RELEASE

Defendant's supervised release having been revoked, the defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __6 months__.

[_]   The court makes the following recommendations to the Bureau of Prisons:

[X]   The defendant is remanded to the custody of the United States Marshal.

[_]   The defendant shall surrender to the United States Marshal for this district,
         [_]   at _____ a.m. / p.m. on _____.

[_]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
         [_]   before 2 p.m. on _____.
         [_]   as notified by the United States Marshal.
         [_]   as notified by the probation office.

### RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

United States Marshal

By _____
   Deputy Marshal

AO245.REV

Defendant: ISAAC FELDER                    Amended Judgment--Page 3 of 3
Case No.:  3:04-CR-00079-02-RRB

## SUPERVISED RELEASE (MODIFIED)

Defendant's supervised release [_] probation[_] is modified as follows:




**No supervision to follow.**



Except as hereinabove provided, the standard conditions of supervision and any special conditions of supervision contained in the court's original judgment shall remain in effect.

AO245.REV